# Pepper Hamilton LLP
##### Attorneys at Law

The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY 10018-1405
212.808.2700
Fax 212.286.9806

Kenneth J. King
direct dial: 212.808.2703
kingk@pepperlaw.com

*[Handwritten notes: See me → filed; File with other settlement; cc: notice to coordinate settlements 7/28; with Special Settlement Master AG]*

July 27, 2009

VIA ECF AND HAND DELIVERY
The Honorable Jack B. Weinstein
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*[Handwritten: Seal approved. Signed by ct. /s/ Weinstein 7/28/09]*

Re: In re Zyprexa Products Liability Litigation, MDL 1596
State of West Virginia v. Eli Lilly and Company
06 CV 5826 (JBW)

Dear Judge Weinstein:

I am writing on behalf of the parties to request that the Court approve the dismissal of this action with prejudice on the terms agreed to by the parties, as reflected in the enclosed, which is being submitted under seal.

There is some time sensitivity to this request. The parties thank the Court in advance for its efforts in this regard.

Respectfully submitted,

*/s/ Kenneth J. King*

Kenneth J. King

KJK/jlp
Enc.
cc: H. Blair Hahn, Esq.